UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KENNETH M. MEISELMAN, ET AL.,     CIVIL CASE NO. 11-653(AET)

    vs.     JUDGMENT IN A CIVIL CASE

HAMILTON FARM GOLF CLUB, LLC, ET AL.,

This matter came before the Court, the Hon. Anne E. Thompson presiding, and the issues having been duly tried and jury verdict rendered,

It is Ordered and Adjudged that a judgment of NO CAUSE FOR ACTION be and is hereby entered in favor of the defendants, Hamilton Farm Golf Club, LLC, HF Business Trust, and against the plaintiffs, Kenneth M. Meiselman, Brian Rothman, Greg Silvershein, Larry Wyman, Sheryl Wyman, Lawrence A. Cohen, Judith Cohen, and Bob Carnevale.

Date: May 6, 2015

                               ANNE E. THOMPSON
                               UNITED STATES DISTRICT JUDGE

RECEIVED

MAY - 7 2015

AT 8:30_____M
WILLIAM T. WALSH
CLERK